## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE NELSON, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br> v. <br><br> SUN COMMUNITIES, INC., GARY A. SCHIFFMAN, JOHN BANDINI MCLAREN, KAREN J. DEARING, and FERNANDO CASTRO-CARATINI, <br><br>       Defendants. | Case No.: 2:24-cv-13314-MAG-EAS <br><br> Hon. Mark A. Goldsmith <br> Mag. Judge Elizabeth A. Stafford |

### NOTICE OF ERRATA

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Michelle Nelson, through her counsel, respectfully submits a Corrected Schedule of Trades, attached hereto as Exhibit A, to replace the one filed initially with her Certification at ECF No. 1-1.

*[Signature on following page]*

2

Dated: December 20, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Michelle Nelson*

**SHEA LAW, PLLC**
David J. Shea (P41399)
Ashley D. Shea (P82471)
26100 American Drive, 2nd Floor
Southfield, MI 48034
(248) 354-0224
david.shea@shealaw.com
ashley.shea@shealaw.com

*Liaison Counsel for Michelle Nelson*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I authorized the electronic filing of the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.


/s/ Adam M. Apton
Adam M. Apton