# EXHIBIT "A"

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 08-10-2021 | P | 25 | $ 193.0264 |
| 09-23-2021 | P | 15 | $ 193.1507 |
| 02-24-2022 | P | 10 | $ 176.0110 |
| 05-26-2022 | P | 10 | $ 160.4820 |