UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHELLE NELSON,

        Plaintiff(s),          Case No. 24-cv-13314

v.          Honorable Mark A. Goldsmith

SUN COMMUNITIES, INC., et al.,          Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 16, 2025          s/Mark A. Goldsmith
         Mark A. Goldsmith
         U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Linda V. Parker.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 16, 2025          s/ S Schoenherr
         Deputy Clerk