UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>SUI COMMUNITIES, INC., GARY A. SCHIFFMAN, JOHN BANDINI MCLAREN, KAREN J. DEARING, and FERNANDO CASTRO-CARATINI,<br><br>      Defendants. | Case No. 24-13314<br><br>Hon. Linda V. Parker<br>Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER
## REGARDING RESPONSE TO COMPLAINT

      WHEREAS, on December 12, 2024, Plaintiff Michelle Nelson filed a putative class-action complaint asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Action");

      WHEREAS, Plaintiff Nelson and Defendants filed a joint stipulation on January 21, 2025, which was so ordered by the Court on January 28, 2025 (the "Stipulation");

WHEREAS, the Stipulation provided that a proposed schedule for the filing of an amended complaint and a response to that complaint shall be submitted to the Court within fourteen (14) days of the entry of an order appointing Lead Plaintiff;

WHEREAS, on July 17, 2025, the Court appointed Patrick Logan as Lead Plaintiff, The Rosen Law Firm, P.A. as Lead Counsel, and Shea Law, PLLC as Local Counsel;

WHEREAS, the parties have agreed to the following proposed schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Lead Plaintiff shall file an amended complaint by September 23, 2025.

2. Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint by November 21, 2025.

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, by January 20, 2026.

4. Defendants shall file a reply to Lead Plaintiff's opposition, if any, by February 20, 2026.

SO ORDERED.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 1, 2025

Dated: July 31, 2025

| | |
|---|---|
| */s/ with consent of David J. Shea* | */s/ Jonathan K. Youngwood* |
| David J. Shea (P41399) | Jonathan K. Youngwood |
| SHEA LAW, PLLC | Janet A. Gochman |
| 26100 American Dr., 2nd Floor | SIMPSON THACHER & BARTLETT LLP |
| Southfield, MI 48034 | 425 Lexington Avenue |
| Telephone: (248) 354-0224 | New York, NY 10017 |
| Email: david.shea@shealaw.com | Telephone: (212) 455-2000 |
| | Email: jyoungwood@stblaw.com |
| | Email: jgochman@stblaw.com |
| Jonathan R. Horne | Mark G. Cooper (P52657) |
| Phillip Kim | TAFT STETTINIUS & HOLLISTER LLP |
| THE ROSEN LAW FIRM, P.A. | 27777 Franklin Road Suite 2500 |
| 275 Madison Avenue, 40th Floor | Southfield, MI 48034 |
| New York, NY 10016 | Telephone: (248) 727-1462 |
| Telephone: (212) 686-1060 | Email: mcooper@taftlaw.com |
| Email: jhorne@rosenlegal.com | |
| Email: philkim@rosenlegal.com | |
| *Counsel for Lead Plaintiff* | *Counsel for Defendants* |