**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| MICHELLE NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>SUI COMMUNITIES, INC., GARY A. SCHIFFMAN, JOHN BANDINI MCLAREN, KAREN J. DEARING, and FERNANDO CASTRO-CARATINI,<br><br>   Defendants. | Case No. 24-13314<br><br>Hon. Linda V. Parker<br>Mag. Judge Elizabeth A. Stafford |

**STIPULATED ORDER**
**EXTENDING DEADLINES IN ECF NO. 21**
**REGARDING RESPONSE TO COMPLAINT**

WHEREAS, on December 12, 2024, Plaintiff Michelle Nelson filed a putative class-action complaint asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Action");

WHEREAS, Plaintiff Nelson and Defendants filed a joint stipulation on January 21, 2025, which was so ordered by the Court on January 28, 2025 (the "Stipulation");

1

WHEREAS, the Stipulation provided that a proposed schedule for the filing of an amended complaint and a response to that complaint shall be submitted to the Court within fourteen (14) days of the entry of an order appointing Lead Plaintiff;

WHEREAS, on July 17, 2025, the Court appointed Patrick Logan as Lead Plaintiff, The Rosen Law Firm, P.A. as Lead Counsel, and the Shea Law, PLLC as Local Counsel;

WHEREAS, the parties have agreed to a proposed briefing schedule regarding Lead Plaintiff's amended complaint and Defendants' response;

WHEREAS, on August 1, 2025, the Court adopted the parties' proposed briefing schedule in ECF No. 21 via a Stipulated Order Regarding Response to Complaint.

WHEREAS, the parties have agreed to amend the briefing schedule as follows:

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Lead Plaintiff shall file an amended complaint by October 14, 2025.

2. Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint by December 12, 2025.

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, by February 10, 2026.

4.      Defendants shall file a reply to Lead Plaintiff's opposition, if any, by

March 10, 2026.

SO ORDERED.

                                        s/ Linda V. Parker_____
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: September 19, 2025


Dated: September 18, 2025

/s/ David J. Shea_____          /s/ Mark G. Cooper (with permission)
David J. Shea (P41399)                  Mark G. Cooper (P52657)
SHEA LAW, PLLC                          TAFT STETTINIUS & HOLLISTER LLP
26100 American Dr., 2nd Floor           27777 Franklin Road Suite 2500
Southfield, MI 48034                    Southfield, MI 48034
Telephone: (248) 354-0224               Telephone: (248) 727-1462
Email: david.shea@shealaw.com           Email: mcooper@taftlaw.com


Jonathan R. Horne                       Jonathan K. Youngwood
Phillip Kim                             Janet A. Gochman
THE ROSEN LAW FIRM, P.A.                SIMPSON THACHER & BARTLETT LLP
275 Madison Avenue, 40th Floor          425 Lexington Avenue
New York, NY 10016                      New York, NY 10017
Telephone: (212) 686-1060               Telephone: (212) 455-2000
Email: jhorne@rosenlegal.com            Email: jyoungwood@stblaw.com
Email: philkim@rosenlegal.com           Email: jgochman@stblaw.com


Counsel for Lead Plaintiff              Counsel for Defendants

3