## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

_____

MICHELLE NELSON, Individually
and on Behalf of All Others Similarly
Situated,

         Plaintiff,

v.

SUI COMMUNITIES, INC., GARY
A. SCHIFFMAN, JOHN BANDINI
MCLAREN, KAREN J. DEARING,
and FERNANDO CASTRO-
CARATINI,

         Defendants.

_____

Case No. 24-13314

Hon. Linda V. Parker
Mag. Judge Elizabeth A. Stafford

### STIPULATED ORDER TO STAY CASE AND
### EXTEND DEADLINES IN ECF NO. 22
### <u>REGARDING RESPONSE TO COMPLAINT</u>

WHEREAS, on December 12, 2024, Plaintiff Michelle Nelson filed a putative class-action complaint asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Action");

WHEREAS, Plaintiff Nelson and Defendants filed a joint stipulation on January 21, 2025, which was so ordered by the Court on January 28, 2025 (the "Stipulation");

1

WHEREAS, the Stipulation provided that a proposed schedule for the filing of an amended complaint and a response to that complaint shall be submitted to the Court within fourteen (14) days of the entry of an order appointing Lead Plaintiff;

WHEREAS, on July 17, 2025, the Court appointed Patrick Logan as Lead Plaintiff, The Rosen Law Firm, P.A. as Lead Counsel, and the Shea Law, PLLC as Local Counsel;

WHEREAS, on August 1, 2025, the Court adopted the parties' proposed briefing schedule in ECF No. 21 via a Stipulated Order Regarding Response to Complaint.

WHEREAS, on September 19, 2025, the Court adopted the parties' proposed briefing schedule via a Stipulated Order Extending Deadlines in ECF. No. 21 Regarding Response to Complaint, such that Plaintiffs' Amended Complaint is due on October 14, 2025;

WHEREAS, the Parties have identified an opportunity to explore settlement by holding a mediation;

WHEREAS, the Parties have identified a mediator and are planning to hold the mediation on November 24, 2025;

WHEREAS, the Parties believe that staying all case deadlines while they hold the mediation will preserve their resources;

WHEREAS, should the mediation prove unsuccessful, the Parties will propose a schedule for the filing of an amended complaint and briefing of a motion to dismiss on or before December 8, 2025;

NOW THEREFORE, based upon the stipulated agreement of the Parties, the Court Orders as follows:

1. All case deadlines are stayed *sine die* to allow the Parties to hold a mediation.

2. Should the mediation prove unsuccessful, the Parties will propose a briefing schedule for the filing of an amended complaint and briefing of a motion to dismiss on or before December 8, 2025.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 11, 2025

Dated: October 8, 2025

/s/      *David J. Shea*
David J. Shea (P41399)
SHEA LAW, PLLC
26100 American Dr., 2nd Floor
Southfield, MI 48034
Telephone: (248) 354-0224
Email: david.shea@shealaw.com


Jonathan R. Horne
Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: jhorne@rosenlegal.com
Email: philkim@rosenlegal.com


*Counsel for Lead Plaintiff*

/s/      *Mark G. Cooper*
Mark G. Cooper (P52657)
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road Suite 2500
Southfield, MI 48034
Telephone: (248) 727-1462
Email: mcooper@taftlaw.com


Jonathan K. Youngwood
Janet A. Gochman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Email: jyoungwood@stblaw.com
Email: jgochman@stblaw.com


*Counsel for Defendants*

4

5